**Dated: December 11, 2020**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

In Re:                                                                                                  Case No.  19-11200
**Phillip Dotson & Trinetta Dotson**
Debtors                                                                                              Chapter 13

**ORDER CONDITIONALLY DENYING TRUSTEE'S MOTION TO DISMISS**

This matter came for hearing on December 10, 2020, after notice and opportunity for a hearing, on the Trustee's motion to dismiss this case.

The motion of the Trustee to dismiss this case is denied, conditioned upon the Debtors' making future plan payments in a timely manner and in the amount required for execution of the plan.  Upon the Debtors' failure to make such payments, without explanation satisfactory to the Court or the Trustee, the Trustee may present an order dismissing this case without further notice or hearing.

All payments shall be by payroll deduction, money order or bank check.  Payments by personal check or cash are not authorized.

/s/Timothy H. Ivy
**Timothy H. Ivy  (18053)**
**Chapter 13 Trustee**
**250 North Parkway, Ste. 1**
**Jackson, TN 38305-2735**
(731) 664-1313

CC:     Chapter 13 Trustee
KCK

        Debtors:
        Phillip Dotson & Trinetta Dotson
        5360 State Route 225
        Henderson, TN 38340

        Attorney for Debtors:
        CARL JEROME TEEL, JR.
        TEEL & MARONEY, PLC
        425 EAST BALTIMORE
        JACKSON, TN 38301

#402